# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

PATRICIA MARIE CORWIN,            )
                                  )
       Plaintiff,              )
                                  )
vs.                               )   Case No. CIV-10-1019-M
                                  )
MICHAEL J. ASTRUE,                )
COMMISSIONER OF                   )
SOCIAL SECURITY,                  )
                                  )
       Defendant.              )

## ORDER

On June 28, 2011, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying disability insurance benefits. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further proceedings. The parties were advised of their right to object to the Report and Recommendation by July 15, 2011. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)    ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 28, 2011;

(2)    REVERSES the decision of the Commissioner;

(3)    REMANDS for further proceedings consistent with the Report & Recommendation of Magistrate Judge; and

(4)    ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 19th day of July, 2011.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE